(No. 5919-)

R. C. BALAGOT, M.D. AND ASSOCIATES, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

192

*Opinion filed April 27, 1971.*

R. C. BALAGOT, M.D. AND ASSOCIATES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.